ALBIN MORGNER, Plaintiff in Error, *v.* HENRY KISTER and FRANCIS X. KREMER, Defendants in Error.

1. *Pleadings — Motion for New Trial — Supreme Court.* — The failure of a party appellant to file his motion for new trial or in arrest of judgment, thereby giving the Circuit Court no opportunity to correct its own errors, is fatal to an application for a review of the proceedings in this court.

*Error to St. Charles Circuit Court.*

*E. A. Lewis*, for plaintiff in error.

*H. C. Lackland*, for defendants in error.

FAGG, Judge, delivered the opinion of the court.

There are many defects in the steps taken to bring this cause here by writ of error. Passing over these, however, it is apparent from the record that there was no motion in the court below either for a new trial or in arrest of judgment. According to the former decisions of this court, an opportunity should have been given to the Circuit Court to correct its own errors; and a failure to do so is fatal to an application for a review of the proceedings here. (Banks v. Lades, 39 Mo. 406; Bishop v. Ransom, *id*. 416–17.)

Judgment affirmed. The other judges concur.